## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **GOVERNMENT OF THE VIRGIN ISLANDS, VIRGIN ISLANDS HOUSING FINANCE AUTHORITY,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**EX REL: ABIEL OSORIO COTTO, BENJAMIN OSORIO, LUIS ENRIQUE CAMACHO MATTOS, DAVID PAUL GAUTREAUX, JEREMY SANTOS RAMIREZ, NORBERTO RIVERA FRESE, RAFAEL ERNESTO PASTRANA LUGO, and BRAYLIN LAMBERT and BLAINE LAMBERT, successors in interest of DAVID LAMBERT, deceased,** )<br>)<br>**Plaintiff-Relators,** )<br>)<br>v. )<br>)<br>**GERALD TOLIVER dba BLUE WATER STAFFING COMPANY, THOMAS SUTTON, T. J. SUTTON ENTERPRISES, LLC, CITADEL RECOVERY SERVICES, LLC, and AECOM Caribe, LLP,** )<br>)<br>**Defendants.** ) | **Case No. 3:22-cv-00052**<br>**(Super. Ct. 81/2022)** |

### ORDER

**BEFORE THE COURT** is Plaintiff-Relators' *Motion to Remand*, filed on August 15, 2022. (ECF No. 5.) For the reasons stated in the accompanying Memorandum Opinion of even date, the Court will grant the motion. Accordingly, it is hereby

**ORDERED** that *Motion to Remand*, (ECF No. 5), is **GRANTED**; it is further

*Cotto et al. v. Toliver et al.*
Case Number 3:22-cv-0052
Order
Page 2 of 2

**ORDERED** that the above-captioned matter is **REMANDED** to the Superior Court of the Virgin Islands; it is further

**ORDERED** that all pending motions in this matter, Case No. 3:22-cv-0052, are **MOOT** for purposes of this docket; it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1447(c), the Clerk of Court shall mail a certified copy of this Order to the Clerk of Court for the Superior Court of the Virgin Islands; it is further

**ORDERED** that this case is **CLOSED**.

**Dated:** November 16, 2022                    */s/ Robert A. Molloy*
                                                 **ROBERT A. MOLLOY**
                                                 **Chief Judge**